UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WIHLY HARPO-BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| V. | ) | CV120-137 |
| | ) | |
| DANIEL J. CRAIG, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The above captioned case filed in the Augusta Division of this Court having been previously assigned to the undersigned.

It is hereby ORDERED that this case be reassigned to the Honorable R. Stan Baker for further plenary disposition.

SO ORDERED, this 5th day of October, 2020.

---
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA