IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| WIHLY HARPO-BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL J. CRAIG, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 1:20-cv-137 |

**ORDER**

This matter is before the Court on the Court's Order Reassigning Case. Doc. 40. These proceedings were previously stayed, upon Plaintiff's motion, "until his criminal case is resolved." Doc. 32. The relevant criminal case is closed. See United States v. Harpo-Brown, Case No. 1-21-cr-2. Accordingly, the Court **LIFTS** the stay.

**SO ORDERED**, this 27th day of April, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA