# United States District Court
## Southern District of Georgia

WIHLY HARPO-BROWN,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV120-137

DANIEL J. CRAIG, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 5, 2024, Plaintiff's complaint is dismissed without prejudice for failure to follow a court order.  This case stands closed.



| | |
|---|---|
| 1/5/24 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | *W. Pierce* (signature) |
| | (By) Deputy Clerk |