IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WIHLY HARPO-BROWN,        )
                          )
                          )
      Plaintiff-Appellant, )
                          )
v.                        )    Case No.: CV 120-137
                          )
                          )    Appeal No.: 24-11610-A
DANIEL J. CRAIG, et al.,  )
                          )
                          )
      Defendants-Appellees. )

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this _12th_ day of June, 2024.

_____
HONOROABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA